IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, *Plaintiff*, | § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-401-JRG-RSP LEAD CASE |
| v. YUM! BRANDS, INC., *Defendant*. | | CIVIL ACTION NO. 2:23-CV-402-JRG-RSP MEMBER CASE |

## ORDER

Before the Court are the Stipulated Dismissal filed by Analytical Technologies, LLC ("Plaintiff") and Defendant YUM! Brands, Inc. (Dkt. No. 19) and the Stipulated Dismissal filed by Plaintiff and Defendant Inspire Brands, Inc. (Dkt. No. 20.) In the stipulations, the parties represent that the above-captioned case has been resolved and request dismissal of both lead case 2:23-cv-00401 and member case 2:23-cv-00402 WITH prejudice.

Having considered the Stipulated Dismissals, the Court finds that they should be and hereby are **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants YUM! Brands, Inc. and Inspire Brands, Inc. in lead case 2:23-cv-00401 and member case 2:23-cv-00402 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE both** lead case 2:23-cv-00401 and member case 2:23-cv-00402 as no parties or claims remain.

**So Ordered this**

Feb 6, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE